THE HONORABLE JOHN CHUN

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH EDGELL,<br><br>     Plaintiff,<br><br>  vs.<br><br>MICHAEL REGAN, Administrator of the Environmental Protection Agency,<br><br>     Defendant(s). | CASE NO. 2:22cv00045<br><br>STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>NOTED FOR JUNE 20, 2023 |

**WHEREAS** on June 8, Plaintiff, reached out to Defendant to discuss whether Defendant would stipulate to Plaintiff filing a First Amended Complaint adding additional facts.

**WHEREAS** on June 12, 2023, Plaintiff received confirmation that Defendant would stipulate to Plaintiff's filing of Plaintiff First Amended Complaint.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint for Damages AND Injunctive Relief is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file a First Amended Complaint for Damages, a redlined copy of which is attached hereto as **Exhibit "A."**

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATED: June 19, 2023

| NICHOLAS W BROWN,<br>UNITED STATES ATTORNEY | NOLAN LIM LAW FIRM, PS |
|---|---|
| By: s/James Strong<br>_____<br>James Strong, WSBA #59151 ,<br>US ATTORNEY'S OFFICE<br>700 Stewart St. #5220<br>Seattle, WA 98101<br>*Attorney for Defendants* | By s/Nolan Lim<br>_____<br>Nolan Lim, WSBA #36830<br>Nolan Lim Law Firm, PS<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Telephone: (206) 774-8874<br>*Attorneys for Plaintiff* |

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, JOSEPH EDGELL, is granted leave to file a First Amended Complaint for Damages, a redlined copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty days after the First Amended Complaint for Damages is filed.

IT IS SO ORDERED.

Dated: June 20, 2023

*/s/ John H. Chun*
The Honorable John Chun
United States District Judge