UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH EDGELL, | CASE NO. 2:22-cv-00045-JHC |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDER |
| v. | |
| MICHAEL REGAN, Administrator of the U. S. Environmental Protection Agency (EPA), | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Protective Order. Dkt. # 23. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court GRANTS in part and DENIES in part the motion.

With respect to topics 6, 8, and 10, the Court narrows the scope to cover only alleged conduct by David Allnut complained of/reported by Plaintiff. With respect to topic 9, the Court narrows the scope to cover only policies applicable to complaints by Plaintiff about David Allnut. With respect to topic 7, the Court grants the motion based on Defendant's argument. Dkt. # 23 at 2 n.1.

This order is without prejudice to (1) Plaintiff's ability to seek broader discovery, if appropriate, based on additional information; and (2) Defendant's ability to seek a protective order to address the confidentiality of any information at issue.

DATED this 25th day of August, 2023.

*John H. Chun*
———————————————
JOHN H. CHUN
United States District Judge

ORDER RE: DEFENDANT'S MOTION FOR
PROTECTIVE ORDER - 2:22-cv-00045-JHC - 2