1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JOSEPH EDGELL,

CASE NO. 2:22-cv-00045-JHC

10

Plaintiff,

ORDER RE: PLAINTIFF'S MOTION TO COMPEL

11

v.

12

MICHAEL REGAN, Administrator of the U. S.
Environmental Protection Agency (EPA),

13

Defendant.

14

15      This matter comes before the Court on Plaintiff's Motion to Compel Responses to

16   Plaintiff's Interrogatories and Requests for Production.  Dkt. # 16.  The Court has

17   reviewed the materials filed in support of and in opposition to the motion, pertinent

18   portions of the record, and the applicable law.  Being fully advised, the Court DENIES

19   the motion without prejudice.

20

21      Pages 1 and 2 of the motion say that the following discovery requests are at issue:

22   Interrogatories (ROGs) 2 and 8; and Requests for Production (RFPs) 1, 2, 13, 14, and 19.

23   *Id.*  But pages 13 and 14 of the motion say that the following discovery requests are at

24   issue: ROGs 1, 2, and 7; and RFPs 2, 7, 8, 13, and 14.  *Id.* And page 1 of Plaintiff's reply

1  says that the following discovery requests are at issue: ROGs 1 and 7; and RFPs 2, 7, 8,

2  13, and 14.  Dkt. # 25.  Plaintiff's proposed order does not specify any discovery request.

3  Dkt. # 16-1.  To obtain an order compelling discovery, Plaintiff *must* clearly specify the

4  discovery requests at issue.  The Court will not speculate as to what is at issue.

5

6  Thus, the Court DENIES the motion without prejudice.  The Court suggests the

7  parties reconsider their positions in light of the Court's recent order on Defendant's

8  Motion for Protective Order, Dkt. # 29, and ORDERS the parties to meet and confer

9  before Plaintiff files any revised motion to compel (and any motion to extend the time

10  within which to file such a motion).

11

12  DATED this 25th day of August, 2023.

13

14  _____
   JOHN H. CHUN
   United States District Judge

15

16

17

18

19

20

21

22

23

24