UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH EDGELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL REGAN, Administrator of the U. S. Environmental Protection Agency (EPA),<br><br>Defendant. | CASE NO. 2:22-cv-00045-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Second Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Requests for Production and Answers at Deposition. Dkt. # 31. The Court has considered: the materials filed in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, for the reasons argued by Defendant at Dkt. # 33, the Court DENIES the motion.

//

//

1   DATED this 5th day of October, 2023.

*/s/ John H. Chun*
_____
JOHN H. CHUN
United States District Judge