UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH EDGELL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL REGAN, Administrator of the U. S. Environmental Protection Agency (EPA), <br><br> Defendant. | CASE NO. 2:22-cv-00045-JHC <br><br> ORDER |

Before the Court is Defendant's Motion to Stay Pretrial Deadlines. Dkt. # 47. The Court has reviewed the materials submitted in connection with the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court DENIES the motion.

DATED this 30th day of November, 2023.

JOHN H. CHUN
United States District Judge