UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH EDGELL,

        Plaintiff,

v.

MICHAEL REGAN, Administrator of the U. S. Environmental Protection Agency (EPA),

        Defendant.

CASE NO. 2:22-cv-00045-JHC

ORDER

This matter comes before the Court on Plaintiff's First Amended Motions in Limine. Dkt. # 63. The Court STRIKES the motions as untimely. *See* Dkt. # 10.

DATED this 14th day of December, 2023.

                JOHN H. CHUN
                United States District Judge

ORDER
2:22-cv-00045-JHC - 1