UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH EDGELL,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL REGAN, ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>                Defendant. | Case No. 2:22-cv-00045-JHC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME<br><br>Noted For Consideration:<br>December 20, 2023 |

    The parties make the following stipulation and move to extend the remaining trial dates for 30 days to allow for meaningful settlement discussions, subject to the Court's approval.

    In light of the Court's recent order on summary judgment (Dkt. 66), the parties have been engaged in meaningful settlement discussions. Through those discussions, the parties have reached an agreement that a formal mediation may be productive in reaching a resolution. To that end, the parties are attempting to schedule a mediation in January 2024 and will update the Court if and when that is finalized. In order to allow the parties to focus on that effort and to prevent Plaintiff from having to incur further fees or costs in preparing for trial, the parties have

stipulated to and hereby request a 30-day extension of the remaining trial dates.[1]  A court may modify a deadline for good cause.  Fed. R. Civ. P. 16(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit that the above facts provide good cause for a brief extension of the trial deadlines.  Allowing the parties to participate in meaningful resolution efforts, including before a mediator, will save the Court and the parties significant time and resources.

As such, counsel have conferred and jointly request that the below dates be extended, subject to the Court's availability:

| Deadline | Current Date | Extended Date |
|---|---|---|
| **JURY TRIAL DATE** | **January 16, 2024** | **February 19, 2024** |
| Agreed pretrial order due | December 26, 2023 | January 25, 2024 |
| Deposition Designation must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | December 28, 2023 | January 29, 2024 |
| Pretrial conference to be held at 01:30pm on | January 2, 2024 | February 1, 2024 |
| Trial briefs, proposed voir dire, jury instructions by Motions raised in trial briefs will not be considered. | January 9, 2024 | February 8, 2024 |

//

//

//

//

---

[1] Defendant is not opposed to maintaining the January 2, 2024, pretrial conference as a status conference should the Court wish the parties to appear.  Defendant also believes that the Court's order on the pending motions in limine will provide additional clarity regarding the scope of issues at trial and such clarity will help the mediation be more successful.  Plaintiff would prefer to stay any additional conferences and rulings pending the outcome of mediation to avoid additional costs.

DATED this 20th day of December, 2023.

| | |
|---|---|
| NOLAN LIM LAW FIRM, P.S.<br><br>*s/ Nolan Lim*<br>NOLAM LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Email: nolanlim@nolanlimlaw.com | TESSA GORMAN<br>Acting United States Attorney<br><br>*s/ James C. Strong*<br>JAMES C. STRONG, WSBA #59151<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA #48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: james.strong@usdoj.gov<br>            nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendant*<br><br>I certify that this memorandum contains 398 words in compliance with the Local Rules. |

**ORDER**

This matter comes before the Court on the parties' stipulated motion at Dkt. # 71. The Court GRANTS in part and DENIES in part the motion. The Court STRIKES the January 2, 2024, pretrial conference. The Court sets the following schedule:

| Deadline | Extended Date |
|---|---|
| **JURY TRIAL DATE** | **February 20, 2024** |
| Agreed pretrial order due | January 25, 2024 |
| Deposition Designation must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | January 29, 2024 |
| Pretrial conference to be held at 2:00 pm on | February 5, 2024 |
| Trial briefs, proposed voir dire, jury instructions by Motions raised in trial briefs will not be considered. | February 8, 2024 |

DATED this 27th day of December, 2023.

_____
JOHN H. CHUN
United States District Judge