UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH EDGELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL REGAN, Administrator of the US Environmental Protection Agency,<br><br>Defendant. | CASE NO. 2:22-cv-00045-JHC<br><br>ORDER |

Pursuant to Plaintiff and Defendant's Stipulation to Dismiss, Dkt. # 75, it is hereby ORDERED that Plaintiff's claims against Defendant Michael Regan, Administrator of the U.S. Environmental Protection Agency, are dismissed with prejudice and without fees or costs awarded to any party.

Dated this 21st day of March, 2024.

John H. Chun
United States District Judge

ORDER - 1